**Joseph E. MANLEY, Appellant,**

v.

**Eric ROBINSON; Wayne Dawson, Appellees.**

**No. 04–2166.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 1, 2005.

Decided: Feb. 3, 2005.

Joseph E. Manley, Bettendorf, IA, pro se.

Brian E. Heyer, City of Davenport City Hall, Davenport, IA, for Defendants–Appellees.

Before MELLOY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Joseph E. Manley appeals the district court's [1] order granting defendants sum-

---

1. The Honorable Ross A. Walters, Chief United States Magistrate Judge for the Southern

mary judgment and dismissing his civil action. After carefully reviewing the record, we conclude that the judgment was proper because defendants had reasonable suspicion to stop Manley and thereafter had probable cause to arrest him, and the ordinance, as applied to Manley, was not unconstitutional nor is his facial challenge valid. Thus, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

District of Iowa, to whom the case was referred for final disposition by consent of the

parties pursuant to 28 U.S.C. § 636(c).